The George Wiedeman Brewing Company, a corporation under the Laws of Kentucky, Plaintiff in Error, vs. Daniel. C. Campbell, Defendant in Error.

## DIVISION A.

Writ of error to Circuit Court, Duval county; Rhydon M. Call, Judge.

*M. C. Jordan* and *John E. Hartridge,* for **Plaintiff in Error.**

*Frank W. Pope,* for Defendant in **Error.**

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff, and the defendant takes writ of error. The judgment is affirmed.